**Yiying ZHANG, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–73684.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 12, 2005.

Yiying Zhang, Northridge, CA, pro se.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of

---

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Homeland Security, San Francisco, CA, Margaret Perry, Esq., Jacqueline Dryden, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, HALL and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Yiying Zhang, a native and citizen of the People's Republic of China, petitions for review of the Board of Immigration Appeals' ("BIA") decision affirming an immigration judge's ("IJ") denial of her applications for asylum, withholding of removal and relief pursuant to the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

The government contends that because Zhang's opening brief fails to raise any issues regarding the BIA's adverse credibility determination, she has waived the issue. We agree. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1260 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

